UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

MARK AND KATRINA VERMILION                                    CASE NO. 17-51556

DEBTORS

### ORDER SETTING SHOW CAUSE

A hearing on the Trustee's Motion to Dismiss for failure to Make Plan Payments having been conducted on May 2, 2019, and counsel for debtor, Gregory A. Napier, having failed to appear to represent his clients,

It is ORDERED that Mr. Napier shall appear at **9:30 a.m. on June 6, 2019, at the United States Bankruptcy Court, Community Trust Building, Lexington Courtroom – Chapter 13, 100 East Vine Street, Lexington, Kentucky**, and show cause as to why monetary or other sanctions should not be imposed for failing to appear at a scheduled hearing.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, May 3, 2019**
(grs)